**Order entered April 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00079-CV

## AD VILLARAI, LLC, Appellant

## V.

## CHAN IL PAK, Appellee

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-13976**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's motion to review trial court's failure to require supersedeas bond.

/s/     ELIZABETH LANG-MIERS
        JUSTICE